IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAKWON L. OLIVER, #311560, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:18-CV-382-WHA ) |
| MOBILE COUNTY and MATTHEW PEAK, | ) ) ) |
| Defendants. | ) ) |

# **ORDER**

On April 4, 2018, the Magistrate Judge entered a Recommendation that this case be transferred to the United States District Court for the Southern District of Alabama for review and disposition (Doc. #3). The court has received no objections to the Recommendation. After an independent review of the file in this case, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1406(a) for review and disposition.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 24th day of April, 2018.

                                             /s/ W. Harold Albritton
                                      SENIOR UNITED STATES DISTRICT JUDGE